UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MR. CHRISTOPHER P. ANDRETTA,

                         Plaintiff,

        -against-

CARMEN HENDRICKSON, et al.,

                        Defendants.

21-CV-7095 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued September 20, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    September 20, 2021
           New York, New York

                         /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
               Chief United States District Judge